# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| GERALD D. HALL, ) | |
| ) | |
| Petitioner, ) | CIVIL ACTION NO. 13-0094-CG-C |
| ) | |
| vs. ) | CRIMINAL NO. 11-00165-CG-C |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 22, 2014 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 9th day of December, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE